EXHIBIT E

Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628

| Claim language | Applicability |
|---|---|
| 12. Side impact airbag assembly for a passenger cell of a motor vehicle which has a plurality of pillars, a side window disposed between first and second ones of said pillars, and a roof frame extending above the side window, said side impact airbag assembly comprising: | The 2015 Hyundai Elantra includes a passenger cell of a motor vehicle having a plurality of pillars, a side window disposed between first and second ones of said pillars, and a roof frame extending above the side window.<br><br>(v8879) 2015 Hyundai Sonata NHTSA NCAP Side Impact (Moving Deformable Barrier)<br><br>▶ 21 🔊 01:25 / 2:37 · 23 Jul 2014 16:34 · 1,000 fps · Frame: 30<br><br>https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:25.<br><br>The 2015 Hyundai Elantra includes a side impact airbag assembly. |

1



Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:32.

| | |
|---|---|
| a window bag with a window portion and a pillar portion, | The 2015 Hyundai Elantra includes a window bag with a window portion and a pillar portion. |

2


Kent & Risley LLC

Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:32.

| a window bag housing at the roof frame, and | The 2015 Hyundai Elantra includes a window bag housing at the roof frame, as evidenced by the following image showing the window bag emerging from a housing at the roof frame. |
|---|---|



Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:26.

| a collision responsive window bag inflator operable to inflate the window bag and thereby deploy the bag from a folded up position in the window bag housing to an inflated passenger protecting position, | The 2015 Hyundai Elantra includes a collision responsive window bag inflator operable to inflate the window bag and thereby deploy the bag from a folded up position in the window bag housing to an inflated passenger protecting position, as evidenced by the images below showing the window bag being deployed from a folded up position in the window bag housing to an inflating passenger protecting position. |
|---|---|



Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:26.



Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



[https://www.youtube.com/watch?v=NEXV5nFgnaA](https://www.youtube.com/watch?v=NEXV5nFgnaA) at 1:32.

| wherein the window bag and window bag housing are configured to deploy the window bag in a downward and obliquely horizontal direction with the window portion covering at least a part of the side window and the pillar portion covering at least a part of the first pillar. | The 2015 Hyundai Elantra includes a collision responsive window bag inflator as described above, wherein the window bag and window bag housing are configured to deploy the window bag in a downward and obliquely horizontal direction with the window portion covering at least a part of the side window and the pillar portion covering at least a part of the first pillar. |
|---|---|


Kent & Risley LLC

Preliminary Comparison of the 2015 Hyundai Elantra with U.S. Patent No. 6,332,628



https://www.youtube.com/watch?v=NEXV5nFgnaA at 1:26.

7

