EXHIBIT F

Preliminary Comparison of the 2016 Hyundai Genesis with U.S. Patent No. 5,978,737

| Claim language | Applicability |
|---|---|
| 1. A system for detecting hazardous conditions during operation of a vehicle, comprising: | The 2016 Hyundai Genesis includes a system for detecting hazardous conditions during operation of a vehicle.<br><br>**AUTONOMOUS EMERGENCY BRAKING (AEB) (IF EQUIPPED)**<br>The Autonomous Emergency Braking (AEB) helps avoid accidents by identifying critical situations early and warning the driver.<br><br>⚠ **WARNING**<br>Take the following precautions when using the Autonomous Emergency Braking (AEB):<br>• This system is only a supplemental system and it is not intended to, nor does it replace the need for extreme care and attention of the driver. The sensing range and objects detectable by the sensors are limited. Pay attention to the road conditions at all times.<br>• NEVER drive too fast for the road conditions or too quickly when cornering.<br>• Always drive cautiously to prevent unexpected and sudden situations from occurring. AEB does not stop the vehicle completely and does not avoid collisions.<br>(Continued)<br><br>(Continued)<br>• AEB operates according to the distance from the vehicle ahead, relative velocity, and driver's operation of the brake or accelerator pedal. Do not drive dangerously to intentionally operate the AEB.<br>• ALWAYS check the speed and the distance to the vehicle ahead. The AEB is not a substitute for safe driving practices.<br><br>5 Driving your vehicle<br><br>5-45 |
| a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition; | The 2016 Hyundai Genesis includes a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition (e.g., vehicle speed, distance to a vehicle ahead, relative velocity, and the driver's operation of the brake or accelerator pedal). |

1



Preliminary Comparison of the 2016 Hyundai Genesis with U.S. Patent No. 5,978,737

**⚠ WARNING**

- Even if there is a malfunction to the brake operation of the AEB, when you depress the brake pedal, the brake operates normally. AEB brake operation does not operate in certain hazardous situations.
- The AEB is designed to function above approximately 5 mph (8 km/h) and below approximately 110 mph (180 km/h).
- The AEB does not detect:
  - Persons or animals.
  - Oncoming vehicles in the opposite lane or a vehicle in an intersection.
  - Stopped objects.
- The AEB cannot detect objects, when:
  - ==The sensors== are covered with dirt.
  - There is heavy rain or heavy snow.

(Continued)

(Continued)
- There is interference by electromagnetic waves.
- There are strong radar reflections.
- Driving in a curve.
- Driving uphill or downhill.
- Driving in areas under construction.
- An object ahead is very narrow such as motorcycles or bicycles.
- A vehicle suddenly enters your lane.
- The camera cannot secure a clear view.
- The camera cannot catch the whole vehicle.
- An unusual shape vehicle is ahead such as a trailer, special access vehicle or a truck with unique shaped cargo.

(Continued)

(Continued)
- Driving at night, the tail lamp of the vehicle ahead is missing, installed on an unusual place or installed unevenly.
- Coming in or out a tunnel, where the illumination intensity is high.

5 Driving your vehicle

5-49

2



Preliminary Comparison of the 2016 Hyundai Genesis with U.S. Patent No. 5,978,737

| | |
|---|---|
| | **AUTONOMOUS EMERGENCY BRAKING (AEB) (IF EQUIPPED)**<br>The Autonomous Emergency Braking (AEB) helps avoid accidents by identifying critical situations early and warning the driver.<br><br>⚠ **WARNING**<br>Take the following precautions when using the Autonomous Emergency Braking (AEB):<br>• This system is only a supplemental system and it is not intended to, nor does it replace the need for extreme care and attention of the driver. The sensing range and objects detectable by the sensors are limited. Pay attention to the road conditions at all times.<br>• NEVER drive too fast for the road conditions or too quickly when cornering.<br>• Always drive cautiously to prevent unexpected and sudden situations from occurring. AEB does not stop the vehicle completely and does not avoid collisions.<br>(Continued)<br><br>(Continued)<br>• **AEB operates according to the distance from the vehicle ahead, relative velocity, and driver's operation of the brake or accelerator pedal. Do not drive dangerously to intentionally operate the AEB.**<br>• ALWAYS check the speed and the distance to the vehicle ahead. The AEB is not a substitute for safe driving practices.<br><br>5 Driving your vehicle<br><br>5-45 |
| a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the | The 2016 Hyundai Genesis includes a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the baseline rate that exceeds a predetermined threshold value (e.g., the sudden stop or reduction in distance from a vehicle ahead). |



| | |
|---|---|
| baseline rate that exceeds a predetermined threshold value; and | ![AEB Operation warning messages and brake operation description from Hyundai Genesis manual page 5-46] |
| an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated | The 2016 Hyundai Genesis includes an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated condition and determines whether an actual hazard exists by comparing the new potential hazard value with a stored value that corresponds to the condition (e.g., determining whether and how quickly to reduce speed based on factors including the vehicle's speed, the distance from and closing rate to the vehicle ahead, and the driver's operation of the brake pedal). |

4


Kent & Risley LLC

Preliminary Comparison of the 2016 Hyundai Genesis with U.S. Patent No. 5,978,737

| | |
|---|---|
| condition and determines whether an actual hazard exists by comparing the new potential hazard value with a stored value that corresponds to the condition. | **Driving your vehicle**<br><br>**AEB Operation**<br>**Warning message**<br>ODH053060L<br>ODH053064L<br>ODH053066L<br><br>5-46 | A warning message and chime will sound when you need to use the brake pedal or steering wheel due to a sudden stop or lack of distance with the vehicle ahead. The warning messages will vary according to the severity of the situation. Immediately reduce your speed to prevent a collision.<br><br>**Brake operation**<br>In a critical situation:<br>• The brake assist system enters standby mode to react promptly when the driver operates the brake pedal.<br>• <mark>The vehicle automatically reduces speed according to the severity of the situation.</mark><br>  - <mark>Rapidly reduces speed when vehicle speed is under 50 mph</mark> (80 km/h)<br>  - <mark>Slowly reduces speed when vehicle speed is over 50 mph</mark> (80 km/h)<br>• <mark>If the driver uses the brake pedal to reduce vehicle speed, the brake assist system operates to increase braking efficiency.</mark><br>• If the driver presses down hard on the accelerator pedal or sharply turns the steering wheel, the brake assist system is canceled.<br><br>**Seat belt operation**<br>The driver's and passenger's seat belt may tighten if the system detects that a vehicle or object is close. |

5

